

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-00618-CV

H2O SOLUTIONS, LTD., Appellant

V.

PM REALTY GROUP, LP AND PROVIDENT INVESTOR GROUP, GP, LLC,
Appellees

Appeal from the 80th District Court of Harris County.   (Tr. Ct. No. 2009-52281).

**TO THE 80TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 13th day of February 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on March 30, 2012.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, H2O Solutions, Ltd., pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered February 13, 2014.

Panel consists of Justices Keyes, Higley, and Massengale. Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 24, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

